## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

PEDRO GUARCAS, et al.,
    Plaintiffs,

    v.                                          C.A. No. 15-56 WES

GOURMET HEAVEN LLC, et al.,
    Defendants.

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the September 10th, 2020 Order entered by this Court, judgment hereby enters for the Plaintiffs and against Defendant Chung Cho as follows:

1. Plaintiff Aj is entitled to $5,903.18 in unpaid wagges and $5,903.18 in liquidated damages;
2. Plaintiff Guarcas is entitled to $7,140.00 in unpaid wages and $7,140.00 in liquidated damages;
3. Plaintiff Hernandez is entitled to $3,895.00 in unpaid wages and $3,895.00 in liquidated damages;
4. Plaintiff Lopez is entitled to $7,460.00 in unpaid wages and $7,460.00 in liquidated damages;
5. Plaintiff Orellana is entitled to $13,900.00 in unpaid wages and $13,900.00 in liquidated damages;
6. Plaintiff Quinilla is entitled to $20,978.12 in unpaid wages and $20,978.12 in liquidated damages;
7. Plaintiff Us is entitled to $20,385.50 in unpaid wages and $20,385.50 in liquidated damages; and,
8. Plaintiff Vargas is entitled to $21,012.50 in unpaid wages and $21,012.50 in liquidated damages.

    Additionally, attorneys' fees in the amount of $11,225.00 are granted to Plaintiff pursuant to this Court's Order entered on January 13th, 2021.

Enter:

/s/ Ryan H. Jackson

_____

Deputy Clerk

Dated: January 14th, 2021